**Opinion issued February 23, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-23-00107-CV

———————————

## IN RE AMY ZAVESKY, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Amy Zavesky, filed a petition for a writ of mandamus challenging the trial court's December 9, 2022 "Order Denying [Relator's] Motion to Strike Deemed Admissions," asserting that the trial court abused its discretion by finding that requests for admission, served by real party in interest, Kayla Woodling, were deemed admitted based on relator's failure to timely respond when the requests for admission "were never properly served." In her mandamus petition, relator requests

that the Court grant her petition for writ of mandamus and "reverse the trial court's Order Denying [Relator's] Motion to Strike Deemed Admissions."[1]

In connection with her petition for writ of mandamus, relator also filed a "Motion for Temporary Relief," requesting that this Court "stay the trial of the underlying proceeding," currently set on the trial court's docket for March 13, 2023, "until such time as the issues raised" in her petition for writ of mandamus were resolved by the Court.

We deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). Any pending motions, including relator's "Motion for Temporary Relief," are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Landau, Countiss, and Guerra.

---

[1] The underlying case is *Kayla Woodling v. Amy Zavesky*, Cause No. 21-CV-0848, in the 212th District Court of Galveston County, Texas, the Honorable Patricia Grady presiding.